```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 11756
   SHARON D WALLACE
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-6235


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/02/07 .

    2.  The case was dismissed without confirmation, 08/17/2007.

    3.  The Debtor paid a total of $    320.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC | SECURED | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HOUSEHOLD FINANCE CORP | SECURED | .00 | .00 | .00 |
| HOUSEHOLD FINANCE CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| MALIBU BAY HOMEOWNERS AS | SECURED | .00 | .00 | 15.00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | 69.63 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| JOSEPH MANN & CREED | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT CARD CUSTOMER SER | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NEPHROLOGY ASSOC OF ILLI | UNSECURED | NOT FILED | .00 | .00 |
| JOSEPH MANN & CREED | UNSECURED | NOT FILED | .00 | .00 |
| ENCORE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CRESTAR BANK | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 84.63 | .00 | .00 | .00 | 84.63 |

```
INTEREST PAID                     .00           .00          .00           .00           .00
TOTAL PAID                      84.63           .00          .00           .00         84.63
The Debtor's attorney, DAVID M SIEGEL                  , was allowed $    3000.00
and was paid $     696.00   direct and $      71.21   through the plan.

The Trustee received $       4.16  .

Refunds to the Debtor totaled $    160.00  .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 11/16/07                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```